FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 APR 26 AM 9: 07

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES STEPHENS, JR. | ) | INDICTMENT NO. CR403-00223-001 |

## **ORDER**

On November 17, 2003, Defendant pled guilty to Count 1 of an Indictment charging him with embezzlement of mail matter by an officer or employee. The Court, on February 5, 2004, sentenced Defendant to four (4) months custody, to be followed by three (3) years supervised release.

On April 20, 2007, Defendant filed a document with the Court requesting early termination of his supervised release term, which is scheduled to naturally expire in July 2007. Defendant cites as his primary reason for desiring early termination his inability to acquire licensing as a home inspector while he is still on supervised release. The Court has been informed by the United States Probation Office that Defendant has satisfied all special conditions of his supervised release term, and that he has been compliant with all of the conditions of that term. The Court has also been made aware that the defendant is indeed currently employed in the field of home inspections, and appears to genuinely be attempting to advance his career in that field. Given these facts, as well as the fact that Defendant has no criminal history aside from the instant federal conviction, the Court is satisfied that an early termination of supervised release is appropriate in this case.

Defendant's request for early termination of his supervised release term is **GRANTED.**

**SO ORDERED**, this __26__ day of April, 2007.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia